UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CEOLA J. SMITH,

Plaintiff,

vs CV 00-773 RHK/JMM

HEALTHCARE SERVICES GROUP
INC., etc.

Defendant.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: March 20,2001

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

MAR 20 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK